UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

NORTHERN DIVISION

**CIVIL RIGHTS COMPLAINT FORM**

TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS

UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Ronald David Jones.

(Plaintiff)

Vs.

Grand Canyon University

(Defendant)

CASE NO. TBA

4:16 cv 109 RH-CAS

**I. PLAINTIFF:**

Ronald David Jones
1821 McKelvy Street
Quincy, Florida 32351

**II. DEFENDANTS:**

1. Grand Canyon University
   3300 West Camelback Road
   Phoenix, Arizona 85017

**III. Statement of Facts:**

1. Grand Canyon University discriminated against Plaintiff because of his race (Black). Plaintiff completed all my course work to graduate and the University of Grand Canyon went back and changed Plaintiff's grades, add on classes, and after Plaintiff interned the University of Grand Canyon added a second master's degree and tried to force me to get two master's degrees in Christian Studies! This was an attempt to get as must money in financial aid as they could from me! Plaintiff owes $70,000 in financial aid and the University of Grand Canyon is trying to force me to work on a second master's degree to get as must money as they can.

2. They gave me a bad grade in my internship to force me to work on a second master's degree. Plaintiff completed all course work and sent in all requested information and the University of Grand Canyon said they did not receive Plaintiff information from Plaintiff place of internship. Plaintiff personally sent in all information and Plaintiff place of internship stated that they submitted the information. Plaintiff personally went back to place of internship several times, also call several times, and every time was told that all information was submitted.

3. The University of Grand Canyon call Plaintiff on cell phone a number times trying to make Plaintiff work on a second master degree after being told not to call cell phone. University of Grand Canyon enrolled Plaintiff in a second degree program and now says that Plaintiff owes them money. The University of Grand Canyon stated that Plaintiff cannot get Master's Degree until Plaintiff complete a second Master's Degree program and then Plaintiff will have two Master's Degrees.

4. The University of Grand Canyon is doing this because Plaintiff is Black and worship and serve the Godhead as Black. Plaintiff got every right to worship the Almighty God as Black because he is Black! That is what Plaintiff believes and that is what Plaintiff preaches. Yahh<strong 3050> God Yehovah<strong 3068> Ishi<strong 376> The Black One and The Only One, The Father. Yahshua/Yeshua<strong 3091/3443> Ben Yahh God Yehovah Ishi Kristos<strong 5546> The Black One and The Only One, The Son. Holy<strong 6940> Ghost<strong 4151> Paraclete The Black One and The Only One, The Spirit<strong 4151>. Satan<strong 7854/4567> Lucifer<strong 1966> The White One and The Only One, The Anti-Father. Anti-Kristos<strong 500> The Beast<strong 2342>The White One and The Only One, The Anti-Son. The False Prophet<strong 5578> The White One and The Only One The Anti-Spirit. That is what Plaintiff believes and that is what Plaintiff preaches and no one is going to stop Plaintiff from using the right to do so, No matter what.

## IV. STATEMENT OF CLAIMS:

1. 1st Amendment Religious and Political Freedom…Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

2. 14th Amendment Civil Rights in the States…All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

3. Violation of Civil Rights

4. Violation of Due Process

5. Discrimination

## V. RELIEF REQUESTED:

1. Unspecified monetary damages for pain and suffering
2. Master's Degree

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

2-18-16
(Date)

*Donald James David*
(Signature of Plaintiff)



TALLAHASSEE FL
16 FEB 2016 PM

United States District Court
Northern District of Florida
Office of the Clerk
111 North Adams Street, Suite 322
Tallahassee, FL 32301-7730

32301$7730

Ronald Jones
1821 McKelvy St.
Quincy, FL 32351